[No. 54112-9-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROCKY MONCINO PUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04989-8, Julie Spector, J., entered April 6, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Ellington, A.C.J., and Schindler, J.

[No. 54132-3-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. A.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-03021-1, Suzanne M. Barnett, J., entered March 25, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54375-0-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. J.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-04064-1, Harry J. McCarthy, J., entered June 1, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54396-2-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY JUSTICE GILCHREST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 3-1-04354-7, Jeffrey M. Ramsdell, J., entered May 17, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54607-4-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. D.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-00502-9, LeRoy McCullough, J., entered June 17, 2004. *Affirmed* by unpublished per curiam opinion.